# McELROY, SULLIVAN, MILLER
# WEBER & OLMSTEAD, LLP
## Attorneys at Law

MAILING ADDRESS
P.O. BOX 12127
AUSTIN, TX 78711

1201 SPYGLASS DRIVE
SUITE 200
AUSTIN, TX 78746
WWW.MSMTX.COM

TELEPHONE
(512) 327-8111
FAX
(512) 327-6566

August 24, 2015

**FILED**
IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI

AUG 25 2015

CECILE FOY GSANGER, CLERK
BY_____

*VIA FEDERAL EXPRESS*
Cecile Foy Gsanger, Clerk
Court of Appeals
Thirteenth District of Texas
100 E. Cano, 5th Floor
Edinburg, Texas 78539

RE:    No. 13-15-00151-CV; Trial Court No. 6,112; JSC Nizhnedneprovsky Tube Rolling Plant, et al v. United Resources

Dear Ms. Gsanger:

In reference to the above matter, I am hereby requesting a copy of the Clerk's Record filed March 17, 2015. As instructed, enclosed is our firm check in the amount of $3.00 to cover the cost of obtaining on a CD. Please return in the enclosed Federal Express envelope.

Thank you for your assistance regarding this matter.

Very truly yours,

Michael E. McElroy

MEM/sb
Enclosures

cc:    Pamela Stanton Baron

**RECEIVED**

AUG 2 5 2015

13TH COURT OF APPEALS